

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*615 Chestnut Street*

*Alexander B. Bowerman*
*Direct Dial: (215) 861-8662*
*Facsimile: (215) 861-8618*        *Suite 1250*
*E-mail Address: alexander.bowerman@usdoj.gov*   *Philadelphia, Pennsylvania 19106-4476*
                                    *(215) 861-8200*

July 5, 2023

Mark Ciamaichelo
U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re: *United States v. Mister Tyrell Taylor*, Crim. No. 23-268

Dear Mr. Ciamaichelo:

      Please unseal the indictment in the above-captioned case, *United States. v. Mister Tyrell Taylor*, Crim. No. 23-268, which was returned by the grand jury on June 20, 2023.

          Sincerely,

          Jacqueline C. Romero
          United States Attorney

          Alexander B. Bowerman
          Special Assistant U.S. Attorney