PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Mister Tyrell Taylor                                  Docket No. 2:23CR268

Petition for Action on Conditions of Pretrial Release

COMES NOW, Keri L. Foster, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Mister Tyrell Taylor, who was placed under pretrial release supervision by the Honorable Elizabeth T. Hey sitting in the Court at Philadelphia, on July 7, 2023, under the following conditions:

1. Report as directed by Pretrial Services.
2. Submit to random drug testing as directed by Pretrial Services.
3. Refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
4. Submit to drug/alcohol treatment as directed by Pretrial Services.
5. Submit to Location Monitoring **Home Detention** at the following address: 743North DeKalb Street, Philadelphia, PA 19014. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.
6. Surrender/do not possess passport.
7. Travel restricted to the Eastern District of Pennsylvania.
8. Surrender/do no possess firearm.
9. No contact with codefendants, potential witnesses in this case, or individuals engaged in any criminal activity.
10. Seek/maintain employment.
11. Maintain residence at 743 North DeKalb Street, Philadelphia, PA 19014 with his mother Tamika Veal.
12. You are restricted from transferring firearms, and you shall not possess any firearm (actual possession or constructive possession).

Respectfully presenting petition for action of Court and for cause as follows:

1. On July 10, 2023, Pretrial Services met with the defendant's mother, Tamika Veal, at her residence located at 743 North DeKalb Street, Philadelphia, PA 19014. Ms. Veal informed that she resides in Section 8 housing, and her lease prevents the defendant from staying in the home. Additionally, she informed that her other son lives with her, and he has a firearm that he keeps in the home.

2. Pretrial Services met with the defendant's wife, Shaleece Williams, on July 10, 2023, at her residence located at 5733 Rodman Street, Philadelphia, PA 19143. Ms. Williams informed the defendant can live with her, and there are no firearms kept in the home. Pretrial Services observed no supervision issues or concerns during the home visit.

PRAYING THAT THE COURT WILL ORDER:

1. The defendant submit to location monitoring and maintain his residence at 5733 Rodman Street, Philadelphia, PA 19143, or an address approved by Pretrial Services.

2. All other conditions shall remain in effect.

ORDER OF COURT

Considered and ordered this __11th__ day of __July__, 20 __23__ and ordered filed and made a part of the records in the above case.

/s/Elizabeth T. Hey, U.S.M.J.
_____
The Honorable Elizabeth T. Hey
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keri Foster
_____
U.S. Pretrial Services Officer Keri L. Foster

Place: Philadelphia

Date: July 11, 2023